## THE SUSQUEHANNA.

### KACZUK v. AMERICAN BUREAU OF SHIPPING.

(Circuit Court of Appeals, Fourth Circuit. January 7, 1924.)

#### No. 2154.

Maritime liens⟨key⟩11—Ship held liable in rem for cost of survey.

A ship in need of repairs is liable in rem for the cost of a preliminary survey to determine the nature and extent of the repairs needed to make her seaworthy and to class and register her in the American Bureau of Shipping, when ordered by persons whose order for the repairs would bind the ship.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge.

Suit in admiralty by the American Bureau of Shipping against the steamship Susquehanna; Herman Kaczuk, owner and claimant. Decree for libelant, and claimant appeals. Affirmed.

Richard E. Preece, of Baltimore, Md., for appellant.

George W. P. Whip, of Baltimore, Md. (Oscar D. Duncan and Duncan & Mount, all of New York City, and Lord & Whip, of Baltimore, Md., on the brief), for appellee.

Before WOODS, WADDILL, and ROSE, Circuit Judges.

ROSE, Circuit Judge. The sole question in this case is whether a ship in need of repairs is liable in rem for the cost of a survey made for the purpose of determining the nature and extent of the repairs needed to make her seaworthy for dry and perishable cargo and to class and register her in the American Bureau of Shipping, the order for such survey having been given by such persons and under such circumstances as would have created a maritime lien upon the ship

⟨key⟩For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

in favor of those who had actually repaired it by direction of the individuals who had caused the survey to be made. Most prudent masters and owners would regard such a survey as a necessary initial outlay for the repair of their ship. We are of the same mind. The Dorchester (D. C.) 134 Fed. 564; The Schuykill (D. C.) 249 Fed. 781; The Belgenland (D. C.) 36 Fed. 504.

Affirmed.